AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Yeakel III, Earl L | District Court, W.D. Texas | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 200 West 8th Street <br> Austin, Texas 78701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee & Vice President | Theodore Roosevelt Association |
| 2. | Trustee | Austin Rotary Club Foundation |
| 3. | Member | University of Texas Longhorn Foundation Advisory Council |
| 4. | Member | Texas Commission on Uniform State Laws |
| 5. | Member | National Conference of Commissioners on Uniform State Laws |
| 6. | President | Moses Austin Chapter, Sons of the Republic of Texas |
| 7. | Member | Advisory Board, Austin Lawyers Chapter, The Federalist Society |
| 8. | Counselor; Vice President | Robert W. Calvert Chapter, American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED
2007 MAY 15 A 11: 17
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | State Bar of Texas - Salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Conference of Commissioners on Uniform State Laws | January 19-22 - Austin, Texas - Meeting of Committee on Style (Parking & Meals) |
| 2. | National Conference of Commissioners on Uniform State Laws | February 3-5 - Dallas, Texas - Drafting Committee Meeting (Transportation, Meals, & Lodging) |
| 3. | State Bar of Texas | March 1-2 - San Antonio, Texas - "19th Annual Intellectual Property Law Course" (Transportation, Meals, & Lodging) |
| 4. | George Mason University Law Foundation, Inc. | March 30-April 2 - Key West, Florida - "David Hume" Seminar (Transportation, Meals, & Lodging) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Yeakel III, Earl L | 05/14/2007 |

| | | |
| --- | --- | --- |
| 5. | National Conference of Commissioners on Uniform State Laws | April 27-30 - Washington, D.C. - Drafting Committee Meeting (Transportation, Meals, & Lodging) |
| 6. | National Conference of Commissioners on Uniform State Laws | May 3-7 - St. Louis, Missouri - Meeting of Committee on Style (Transportation, Meals, & Lodging) |
| 7. | United States Court of Appeals for the Federal Circuit - Judicial Conference. | May 18-20 - Washington, D.C. - Federal Circuit Judicial Conference (Transportation, Meals, & Lodging) |
| 8. | National Conference of Commissioners on Uniform State Laws | September 5-9 - Washington, D.C. - Meeting of Committee on Style (Transportation, Meals, & Lodging) |
| 9. | National Conference of Commissioners on Uniform State Laws | October 12-15 - Chicago, Illinois - Drafting Committee Meeting (Transportation, Meals, & Lodging) |
| 10. | State Bar of California | November 2-4 - Santa Barbara, California - "31st Annual Intellectual Property Institute" (Transportation, Meals, & Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prosperity Bank | Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BA Common Stock | A | Dividend | K | T | | | | | |
| 2. SCH Common Stock | A | Dividend | J | T | | | | | |
| 3. CVX Common Stock | B | Dividend | K | T | | | | | |
| 4. C Common Stock | A | Dividend | K | T | | | | | |
| 5. DELL Common Stock | | None | L | T | | | | | |
| 6. XOM Common Stock | A | Dividend | K | T | | | | | |
| 7. F Common Stock | A | Dividend | J | T | | | | | |
| 8. INTC Common Stock | A | Dividend | J | T | | | | | |
| 9. JPM Common Stock | A | Dividend | J | T | | | | | |
| 10. MSFT Common Stock | A | Dividend | J | T | | | | | |
| 11. RG Common Stock | A | Dividend | J | T | | | | | |
| 12. Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 13. LUV Common Stock | A | Dividend | L | T | | | | | |
| 14. SPND.OB Common Stock | | None | J | T | Sold Part | 12/4 | J | D | |
| 15. DIS Common Stock | A | Dividend | J | T | | | | | |
| 16. AIM Technology Fund - Class A (Mutual Fund) | | None | J | T | | | | | |
| 17. FBGRX Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FHKCX Mutual Fund | A | Dividend | J | T | | | | | |
| 19. FTEXX Mutual Fund | A | Dividend | K | T | Bought | 1/16 | J | | |
| 20. FTEXX Mutual Fund | | | | | Bought | 2/13 | J | | |
| 21. FTEXX Mutual Fund | | | | | Bought | 3/18 | J | | |
| 22. FTEXX Mutual Fund | | | | | Sold Part | 4/12 | J | A | |
| 23. FTEXX Mutual Fund | | | | | Bought | 4/13 | J | | |
| 24. FTEXX Mutual Fund | | | | | Bought | 5/27 | J | | |
| 25. FTEXX Mutual Fund | | | | | Bought | 7/3 | J | | |
| 26. FTEXX Mutual Fund | | | | | Bought | 9/25 | J | | |
| 27. FTEXX Mutual Fund | | | | | Bought | 12/4 | J | | |
| 28. FTEXX Mutual Fund | | | | | Bought | 12/6 | J | | |
| 29. FTEXX Mutual Fund | | | | | Bought | 12/16 | J | | |
| 30. FTEXX Mutual Fund | | | | | Sold Part | 12/29 | K | A | |
| 31. FGRXX Mutual Fund | A | Dividend | J | T | | | | | |
| 32. VWITX Mutual Fund | A | Dividend | J | T | | | | | |
| 33. VMMXX Mutual Fund | A | Dividend | K | T | Sold Part | 4/21 | J | A | |
| 34. VMMXX Mutual Fund | | | | | Sold Part | 4/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VMMXX Mutual Fund | | | | | Bought | 5/9 | J | | |
| 36. VMMXX Mutual Fund | | | | | Bought | 5/31 | J | | |
| 37. VMMXX Mutual Fund | | | | | Sold Part | 8/2 | J | A | |
| 38. VMMXX Mutual Fund | | | | | Bought | 9/26 | J | | |
| 39. JP Morgan Chase Bank (Savings) | A | Interest | | | Closed Acc't | 6/2 | K | A | |
| 40. Prosperity Bank (CD) | C | Interest | L | T | | | | | |
| 41. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 42. Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 43. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 44. Wells Fargo Bank (Savings) | D | Interest | M | T | | | | | |
| 45. Calamos Growth & Income - A (Mutual Fund) | B | Dividend | L | T | | | | | |
| 46. American Balanced (Mutual Fund) | A | Dividend | | | Sold | 5/25 | K | A | |
| 47. Capital World Growth & Income (Mutual Fund) | A | Dividend | L | T | Bought | 5/25 | K | | |
| 48. William Blair Small Cap Growth Fund (Mutual Fund) | | None | J | T | | | | | |
| 49. IShares TR S&P Small Cap 600 Index (Mutual Fund) | A | Dividend | K | T | | | | | |
| 50. Thornberg Investment Inc. Builder A (Mutual Fund) | C | Dividend | L | T | | | | | |
| 51. FPA Capital (Mutual Fund) | A | Dividend | L | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)   Q =Appraisal   V =Other   S =Assessment
   U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Scudder Dreman High Return Equity Fund Class A (Mutual Fund) | | None | | | Exchange | 2/7 | K | | |
| 53. DWS Dreman High Return Equity Fund Class A (Mutual Fund) | A | Dividend | L | T | Exchange | 2/7 | K | | |
| 54. Tamarack Investment Funds Prime Money Market (Mutual Fund) | B | Dividend | K | T | | | | | |
| 55. Brownwood TX ISD GO Bond (Tax Exempt Bond) | B | Interest | K | T | | | | | |
| 56. Fed. Treas. Ob. Inst. Fund #68 (Mutual Fund) - See Note | A | Dividend | J | T | | | | | |
| 57. U.S. Treasury Note (Note) - See Note | A | Interest | K | T | | | | | |
| 58. Federated Home Loan Bank (Note) - See Note | A | Interest | K | T | | | | | |
| 59. Denton, Texas ISD-PSF (Tax Exempt Bond) - See Note | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, Items 52 & 53. The mutual funds were exchanged without gain or loss.

2. Part VII, Items 56, 57, 58, & 59. On the 2005 Report, these items were grouped and reported collectively in Part VII, Item 41 as "Anne Riquelmy Yeakel Irrevocable Trust." After comment from and response to the Committee on Financial Disclosure, these items were listed separately. Thus, "Anne Riquelmy Yeakel Irrevocable Trust" is not reported on this Report, but its holdings are reported as Items 56, 57, 58, & 59. The trust itself remains in existence.

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬▬▬▬ Date May 14, 2007

NOTE: A▬▬▬▬▬▬▬KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544